UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————

KEMI BLAKE, ET AL.,

                        Plaintiffs,

      - against -

U.S. BANK NATIONAL ASSOCIATION, ET
AL.,

                        Defendants.

—————————————————————————

26-cv-2228 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the defendants may respond to the plaintiffs' motion to remand by **April 17, 2026.** The plaintiffs may reply by **May 1, 2026.**

    The defendants may file their anticipated motion to dismiss by **April 24, 2026.** The plaintiffs may respond by **May 15, 2026.** The defendants may reply by **May 25, 2026.**

    The defendants are directed to serve a copy of this Order on the pro se plaintiffs and to file proof of service on the docket.

    The Clerk is respectfully requested to email a copy of this Order to jhunteruptown@gmail.com.

**SO ORDERED.**

Dated:    New York, New York
           April 2, 2026

                                    John G. Koeltl
                        United States District Judge